AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA



**SUMMONS IN A CIVIL ACTION**

*United States of America*
*c/o* Thomas A. Mauro
*1020--19TH Street, NW, #400*
*Washington, DC 20036*

Case

```
CASE NUMBER   1:06CV00411
JUDGE: John Garrett Penn
DECK TYPE: Student Loan (J)
DATE STAMP: 03/07/2006
```

*v.*

*Jeffrey L. Murdock*

**TO:** *(Name and Address of Defendant)*

    *Jeffrey L. Murdock*
    *5210 Spruce Drive*
    *Fayetteville, NC 28304*
    *SSN XXX-XX-3285 /*

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFF'S ATTORNEY** *(Name and Address:*

    *Thomas A. Mauro*

    *Suite 400*
    *1020 19th Street, N.W.*
    *Washington, DC 20036*

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
**CLERK OF THE COURT**

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

BY: *Maureen Higgins*   DATE: **MAR - 7 2006**
DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-15-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LEONARD WOLF | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: ALVA JERLEAN CLARKE (SISTER)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/16/06
             Date            Signature of Server

P.O. BOX 26373 FAYETTEVILLE N.C. 28314
Address of Server

Sworn to and subscribed before me, in my presence this 16 day of March, 2006. A North Carolina Notary Public. In and for the State at Large
Tracy Stittner  Notary Public
My commission expires 12-8-09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.